ANTHONY DEVON HERRING
        Petitioner
        v.                              **Judgment in a Civil Case**
STATE OF NORTH CAROLINA; ALVIN
W. KELLER
        Respondents                Case Number: 5:08-HC-2112-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondent's second motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's second motion for summary judgment is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on August 20, 2010, with service on:</u>
Anthony Devon Herring 0180133, Warren Correctional Institution, P.O. Box 399, Manson, NC 27553 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 20, 2010                               /s/ Dennis P. Iavarone
                                                                          Clerk

Raleigh, North Carolina