IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-HC-2112-D

| ANTHONY DEVON HERRING, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ALVIN W. KELLER, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

On September 3, 2010, Anthony Devon Herring requested a certificate of appealability concerning this court's order of August 20, 2010 [D.E. 20]. For the reasons stated in this court's order of August 20, 2010 [D.E. 24], the request for a certificate of appealability is DENIED.

SO ORDERED. This 7 day of September 2010.

JAMES C. DEVER III
United States District Judge